

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1cr19: 281 |
| THASI LIMITED, ) | |
| trading as (or doing business as) ) | |
| THE BRITISH SHOP, ) | |
| ) | |
| Defendant ) | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Count 1

Between on or about February 2013 and March 2018, in Loudoun County, within the Eastern District of Virginia, and elsewhere, defendant THASI LIMITED, trading as (or doing business as) THE BRITISH SHOP, through the actions of an employee, did unlawfully and knowingly import and bring into the United States merchandise contrary to law. In specific, on or about the dates specified above, THASI LIMITED, trading as (or doing business as) THE BRITISH SHOP, through the actions of an employee, caused to be imported from Southhampton, England, and then transported to Middleburg, Virginia, over 100 undeclared wildlife items, including items protected by the Endangered Species Act and the Convention on International Trade in Endangered Species, such as sea turtle shell, sawfish blades, crocodile skin bags, coral, and mounted birds of prey, in violation of Title 16, United States Code, Section 1538(c)(1), all in violation of Title 18, United States Code, Section 545.

Count 2

Between on or about February 2013, and on or about April 18, 2018, in Loudoun County, within the Eastern District of Virginia, and elsewhere, defendant THASI LIMITED, trading as (or doing business as) THE BRITISH SHOP, through the actions of an employee, did unlawfully and knowingly aid and abet the sale of endangered species and other wildlife illegally imported into the United States.  In specific, the defendant aided and abetted the sale of four sawfish blades, a flask and a case made from crocodile skin, a jar and a box made from sea turtle shell, a mounted barn owl, a table made with mother of pearl inlay, a turtle shell box, an African antelope mount, a duster made from ostrich feathers, and a porcupine quill box, all of which were previously imported into the United States in violation of Title 16, United States Code, Section 1538(a)(1)(A), Title 16, United States Code, Section 1538(d)(1), and Title 18, United States Code, Section 545, all in violation of Title 16, United States Code, Sections 3372 and 3373, and Title 18, United States Code, Section 2.

Forfeiture

Pursuant to Title 18, United States Code, Section 545, if convicted of the violation charged in Count 1 of this Criminal Information, the defendant shall forfeit $175,000, representing the value of merchandise introduced into the United States in violation of Title 18, United States Code, Section 545.

G. Zachary Terwilliger
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney

2