

*FILED IN OPEN COURT*
*OCT 16 2019*
*U.S. DISTRICT COURT*
*ALEXANDRIA, VIRGINIA*

# Board of Directors Company Resolution of Thasi Limited, trading as The British Shop

The Company is registered in England and Wales 05258020

On 4th September, 2019 at Langley at the company offices

**Present were the complete Board of Directors:**

Mr Malcolm Disson

Mr Jim Valentine

Mr Simon Williams (attended via Skype)

**Resolution:**

The directors at an extraordinary board meeting on the 4th September, 2019 agree, inter alia, to authorise Mr Simon Williams to represent the company in legal matters relating to the United States of America v. The British Shop and issues relating to that dispute.

It is hereby certified by the undersigned that this resolution was duly passed by the Board of Directors of Thasi Limited on 4th September, 2019 in accordance with the Articles of Association of the Company, recorded in the minutes, and is in full force and effect.

_signature_  4/9/19
Mr Malcolm Disson

_signature_  4/9/19
Mr Jim Valentine

_signature_  4/9/19
Mr Simon Williams (attended via Skype)

Langley Office
Unit 5, Langley Park, Waterside Drive
Langley, Berkshire SL3 6AD
Tel +44 1895 444817
info@thebritishshop.co.uk

   

New York Office
70 Hook Road
Bayonne, NJ 07002
Tel +1 201 471 2698
office@thebritishshop.com

www.thebritishshop.co.uk